## NORTHWESTERN PACIFIC RAILROAD CO.
### *v.* INTERSTATE COMMERCE
### COMMISSION ET AL.

No. 381.   Decided November 23, 1964.

*Randolph Karr* for appellant.

*Solicitor General Cox,* Assistant Attorney General *Orrick, Robert B. Hummel, Arthur J. Murphy, Jr.,* and *Robert W. Ginnane* for the Interstate Commerce Commission et al.; *J. Thomason Phelps* for Public Utilities Commission of California et al.; *Boris H. Lakusta* for the City of San Rafael et al.; and *Frederick G. Pfrommer* for Atchison, Topeka & Santa Fe Railway Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.